MVC:2013R00162

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 29 P 2: 10

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** GLR-13-0595 |
| **v.** | |
| **RODNEY HUBERT,** | (Sex Trafficking of a Minor, |
| a/k/a "Noah," | 18 U.S.C. § 1591(a); Aiding & |
| | Abetting, 18 § U.S.C. 2) |
| **Defendant.** | |

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment:

1.      **RODNEY HUBERT, a/k/a "Noah", ("HUBERT")** was a 38-year-old resident of Baltimore County and a registered sex offender in the state of Maryland, who told female victims that his real name was "Noah."

2.      B.O. was a 16-year-old resident of Baltimore City.

3.      B.S. was a 19-year-old associate of **HUBERT** whom **HUBERT** recruited to work for him as a prostitute beginning in December 2012.

## PROSTITUTION VENTURE

4.      **HUBERT** told B.S. that she would receive a "finder's fee" if she found additional prostitutes to work for him.  B.S. recruited B.O. to perform prostitution for **HUBERT** in exchange for which B.S. received a commission.

5.      **HUBERT** invited B.O. to reside with him and B.S. at a residence that he maintained in Parkville, Maryland.

6. **HUBERT** offered to pay B.O. $400 dollars to take photographs of B.O. wearing lingerie in a provocative manner. B.O. posed for the photographs but never received the promised payment.

7. B.O. informed **HUBERT** that she was only 16 years old after he offered to pay her an additional $1,000.00 to make a pornographic film.

8. **HUBERT** uploaded the images that he took of B.O. onto an Internet website that posts personalized advertisements for commercial sex.

9. **HUBERT** created a pseudonym for B.O., "Ashley," and advertised online that she would prostitute at both the Parkville "incall" location, as well as "outcall" locations of prospective clients. **HUBERT** recruited a driver and a security guard to travel with B.O. to "outcalls," whom he compensated using B.O.'s prostitution earnings. **HUBERT** kept a large percentage of B.O.'s earnings.

10. **HUBERT** encouraged B.O. to perform commercial sex acts together with B.S. and created online advertisements indicating that her services included "2 girl special(s)."

11. **HUBERT** instructed B.O. and other females how to use voice-over-IP phone application to communicate with prospective commercial sex customers.

### The Charge

12. Between on or about February 1, 2013, and on or about February 22, 2013, in the District of Maryland and elsewhere, the defendant,

**RODNEY HUBERT,**
a/k/a "Noah,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, B.O., and did benefit financially and by receiving anything of value from participation in a venture engaged in such

2

acts, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to

observe B.O., that B.O. had not attained the age of 18 years and would be caused to engage in a

commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney        by MWC

A TRUE BILL:

# SIGNATURE REDACTED

Foreperson                                     10/29/13

                                               Date

3