IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  No. GLR-13-535 |
| RODNEY HUBERT | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Mr. Clerk:

    Please enter the appearance of Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, on behalf of RODNEY HUBERT, Defendant in the captioned matter.

    Respectfully submitted,


Date: December 8, 2013                        /s/
                                                MICHAEL D. MONTEMARANO

                                                Michael D. Montemarano, P.A.
                                                10630 Little Patuxent Parkway
                                                Suite 146
                                                Columbia, Maryland  21044
                                                (410) 992-0067/Fax 992-6915
                                                Counsel of Record/CJA Counsel
                                                         For Defendant