UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 29 P 2:10

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. GLR-13-0595 |
| | ) | |
| RODNEY L. HUBERT | ) | |
| a.k.a "Noah" | ) | |
| Defendant | ) | |

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

2014 OCT 31 PM 12:34
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rodney L. Hubert aka. Noah
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Underage Prostitution

Date:   10/29/2013                           _____
                                               *Issuing officer's signature*

City and state:   Baltimore, Maryland          Magistrate Judge Beth P. Gesner
                                               *Printed name and title*

### Return

This warrant was received on *(date)* 10/29/2013, and the person was arrested on *(date)* 12/06/2013
at *(city and state)* BALTIMORE, MD.

Date: 10/31/2014                              _____ FOR FBI
                                               *Arresting officer's signature*

                                               _____
                                               *Printed name and title*